UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                          Criminal No. 10-cr-160-01-JD

<u>EricArsenault</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 14) filed by the defendant is granted. The continuance is limited to 120 days, without prejudice to seek a further continuance if necessary. Trial is continued to the two-week period beginning August 16, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                        */s/ Joseph A. DiClerico, Jr.*
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

Date: March 8, 2011

cc:    Michael Shklar, Esq.
        Debra Walsh, Esq.
        U.S. Marshal
        U.S. Probation